# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155277

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCIA LYN VanBUREN,
      Defendant-Appellant.

SC: 155277
COA: 335538
Eaton CC: 14-020399-FH

_____/

      On order of the Court, the application for leave to appeal the December 15, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

s0209